UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIMBERLY L. MILES ) <br> f/k/a KIMBERLY B. LOVINS, ) <br> Plaintiff ) <br> ) <br> V. ) <br> ) <br> EXP@NETS, INC., ) <br> LUCENT TECHNOLOGIES, ) <br> AVAYA LLC, ) <br> AVAYA, INC., EXP@NETS 401(k) ) <br> SAVINGS PLAN, PUTNAM ) <br> FIDUCIARY TRUST COMPANY and ) <br> MELLON HR SOLUTIONS LLC ) <br> Defendants ) | CIVIL ACTION NO. 04-10774NG |

## ASSENTED MOTION TO EXTEND TIME FOR SERVICE AND FILE RETURNS OF SERVICE

The plaintiff, Kimberly Miles, f/k/a Kimberly Lovins, hereby requests that this Court grant an extension of time to serve the Summons and Complaint upon the defendants and file the Returns of Service with the Court, up to and including October 15, 2004. As grounds for this Motion, the plaintiff states that the case is settled by and among counsel for the defendants Exp@nets, Inc., Lucent Technologies, Avaya LLC, Avaya, Inc., and Exp@nets 401(k) Savings Plan, simply awaiting confirmation from a bankruptcy court and execution of final documentation.

The following defendants assent to this Motion: Exp@nets, Inc., Lucent Technologies, Avaya LLC, Avaya, Inc., and Exp@nets 401(k) Savings Plan. Defendants Putnam Fiduciary Trust Company and Mellon HR Solutions LLC are not represented by counsel as of this date.

                                        KIMBERLY MILLS, f/k/a
                                        KIMBERLY LOVINS
                                        By her attorneys,

                                        Nelson P. Lovins, BBO#306020
                                        Carolyn M. Turner, BBO#561018
                                        Lovins & Metcalf
                                        10 Cedar Street
                                        Woburn, Ma 01801
                                        (781) 938-8800


ASSENTED TO:                   EXP@NETS, INC., LUCENT
                                        TECHNOLOGIES, AVAYA LLC,
                                        AVAYA, INC., EXP@NETS 401(k)
                                        SAVINGS PLAN,
                                        By their attorneys,


                                        Christopher Maffucci, Esq.
                                        Casner & Edwards, LLP
                                        303 Congress Street
                                        Boston, MA 02210
                                        (617) 426-5900


Dated: August 11, 2004