UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY L. MILES )<br>f/k/a KIMBERLY B. LOVINS, )<br>    Plaintiff )<br>)<br>V. )<br>)<br>EXP@NETS, INC., )<br>LUCENT TECHNOLOGIES, )<br>AVAYA LLC, )<br>AVAYA, INC., EXP@NETS 401(k) )<br>SAVINGS PLAN, PUTNAM )<br>FIDUCIARY TRUST COMPANY and )<br>MELLON HR SOLUTIONS LLC )<br>    Defendants )<br>) | CIVIL ACTION NO.04-10774NG |

CERTIFICATE OF SERVICE

I hereby certify that a true copy of Motion to Extend Time For Service and File Returns of Service was served upon Christopher Maffucci, counsel for Exp@nets , Inc., Lucent Technologies, Avaya LLC, Avaya, Inc., and Exp@nets 401(k) Savings Plan by first-class mail, postage pre-paid. The foregoing is true and correct.

Signed under the penalties of perjury this 14th day of October, 2004.

                                              /s/ Nelson P. Lovins
                                              Nelson P. Lovins