UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY L. MILES )<br>f/k/a KIMBERLY B. LOVINS, )<br>　　　Plaintiff )<br> )<br>V. )<br> )<br>EXP@NETS, INC., )<br>LUCENT TECHNOLOGIES, 　　　　)<br>AVAYA LLC, )<br>AVAYA, INC., EXP@NETS 401(k) )<br>SAVINGS PLAN, PUTNAM )<br>FIDUCIARY TRUST COMPANY and )<br>MELLON HR SOLUTIONS LLC )<br>　　　Defendants )<br> ) | CIVIL ACTION NO.04-10774NG |

## ASSENTED MOTION TO EXTEND TIME FOR SERVICE
## AND FILE RETURNS OF SERVICE

The plaintiff, Kimberly Miles, f/k/a Kimberly Lovins, hereby requests that this

Court grant an extension of time to serve the Summons and Complaint upon all defendants and

file the Returns of Service with the Court, up to and including November 15, 2004.  As grounds

for this Motion and the reason for the delay in completing service of process, the plaintiff states

that the case is settled by and among counsel for the defendants Exp@nets, Inc., Lucent

Technologies, Avaya LLC, Avaya, Inc., and Exp@nets 401(k) Savings Plan.  A bankruptcy

court approved the settlement; however, the creditor's committee subsequently lodged an

objection, which counsel is advised by the undersigned Christopher Maffucci, was recently

withdrawn.   Accordingly, counsel for the plaintiff is advised that the funds will be available

shortly for distribution.

The following defendants assent to this Motion: Exp@nets , Inc., Lucent Technologies,

Avaya LLC, Avaya, Inc., and Exp@nets 401(k) Savings Plan.  Defendants Putnam Fiduciary

Trust Company and Mellon HR Solutions LLC are not represented by counsel as of this date.

                                              KIMBERLY MILES, f/k/a
                                              KIMBERLY LOVINS
                                              By her attorneys,

                                              /s/ Nelson P. Lovins
                                              Nelson P. Lovins, BBO#306020
                                              Carolyn M. Turner, BBO#561018
                                              Lovins & Metcalf
                                              10 Cedar Street
                                              Woburn, Ma 01801
                                              (781) 938-8800

ASSENTED TO:                               EXP@NETS, INC., LUCENT
                                              TECHNOLOGIES, AVAYA LLC,
                                            AVAYA, INC., EXP@NETS 401(k)
                                            SAVINGS PLAN,
                                            By their attorneys,

                                              /s/ Christopher Maffucci
                                            Christopher Maffucci, Esq.
                                            Casner & Edwards, LLP
                                            303 Congress Street
                                            Boston, MA  02210
                                            (617) 426-5900

Dated: October 14, 2004