UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10774NG

_____
KIMBERLY L. MILES                        )
f/k/a KIMBERLY B. LOVINS,                )
     Plaintiff                          )
                                        )
V.                                       )
                                        )
EXP@NETS, INC.,                          )
LUCENT TECHNOLOGIES,                     )
AVAYA LLC,                               )
AVAYA, INC., EXP@NETS 401(k)             )
SAVINGS PLAN, PUTNAM                     )
FIDUCIARY TRUST COMPANY and              )
MELLON HR SOLUTIONS LLC                  )
     Defendants                         )
_____)

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

     Now comes your Plaintiff in the above-entitled matter, pursuant to Federal Rule

of Civil Procedure 41(a)(1)(i), and voluntarily dismisses, with prejudice, the within action

as against all Defendants, no Answers having been served.

                        KIMBERLY MILES, f/k/a
                        KIMBERLY LOVINS
                        By her attorneys,

                        /s/ Nelson P. Lovins
                        Nelson P. Lovins, BBO#306020
                        Carolyn M. Turner, BBO#561018
                        Lovins & Metcalf
                        10 Cedar Street
                        Woburn, MA 01801
                        781-938-8800
                        781-938-4753 (fax)